IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Criminal No. 3:13-CR-411-D-1 |
| | § | |
| ALBERTO CANALES, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant's May 29, 2024 motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 of the Federal Sentencing Guidelines (ECF No. 245) appears to be a handwritten duplicate of his typewritten motion filed on December 5, 2023 (ECF No. 233), which the court denied on January 31, 2024 (ECF No. 236). Accordingly, the court denies the July 29, 2024 motion as duplicative of a motion that the court has already ruled on.

**SO ORDERED**.

October 31, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE